<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

**No. 03-2345**
_____

STEPHEN BROOKS,

                                        Plaintiff - Appellant,

        versus

MICROSOFT CORPORATION,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Carl Horn, III, Magistrate Judge.  (CA-02-257-3-H)

_____

Submitted:  February 25, 2004          Decided:  March 11, 2004

_____

Before WIDENER, WILKINSON, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Stephen Brooks, Appellant Pro Se. Richard Lee Rainey, Amy L. Cox Gruendel, WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC, Charlotte, North Carolina; Charles Archibald Edwards, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina; Richard H. Sauer, MICROSOFT CORPORATION, Redmond, Washington, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stephen Brooks appeals the magistrate judge's order dismissing his action under the Americans with Disabilities Act in which he alleged his employer failed to accommodate his disability.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Brooks v. Microsoft, No. CA-02-257-3-H (W.D.N.C. Sept. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).